IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KEITH L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-072 |
| | ) | |
| LT. HALL-SCOTT; | ) | |
| UNIT MANAGER CARR; | ) | |
| LT. LEGGINS; NURSE GOLBE; | ) | |
| MS. SHARON LEWIS; | ) | |
| WARDEN CALDWELL; | ) | |
| DR. BILLY NICHOLS; | ) | |
| TIMOTHY WARD, Commissioner; and | ) | |
| MS. WEST, Mental Health Director, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Sumter County Prison, commenced this case pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred at Johnson State Prison. On April 14, 2022, the Court directed Plaintiff to inform the Court whether he intends to proceed with the above-captioned case regarding an alleged March 14, 2020 assault and subsequent medical treatment, or whether he wishes to pursue a different case regarding alleged identify theft. (See doc. no. 20.) In his response to the Court's April 14th Order, Plaintiff requests to dismiss the above-captioned case.[1] (Doc. no. 21, p. 1.) As no Defendant has filed an answer

---

[1] If Plaintiff wishes to pursue a different case regarding alleged identity theft, he must submit a new complaint and either pay the $402 filing fee or move to proceed *in forma pauperis*. Any such new case would receive its own civil action number. Plaintiff should not file any additional information regarding his identity theft allegations in the above-captioned case.

or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

    SO ORDERED this 5th day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA